IN THE

TENTH COURT OF APPEALS

 




 
 
 
 
 
 
 


 

 



No. 10-09-00367-CV

 

In
re Caroline Durham and Barry Durham

 

 



Original Proceeding

 



Order denying rehearing



 

Relators’ motion for rehearing is
denied.  See In re Brumbalow, 281 S.W.3d 718, 719 (Tex. App.—Waco 2009,
orig. proceeding) (trial judge has reasonable time to perform ministerial duty
of considering and ruling on motion properly filed and before judge, but that
duty generally does not arise until movant has brought motion to trial judge’s
attention, and mandamus will not lie unless movant makes that showing and trial
judge then fails or refuses to rule within reasonable time).

PER CURIAM

 

Before
Chief Justice Gray,

Justice Reyna, and

Justice Davis

(Chief Justice Gray concurs in the
denial of the motion for rehearing but does not join in the apparent limitation
thereon to the decision cited in the Court’s order.  A separate opinion will
not be issue.)

Motion
for rehearing denied

Order
issued and filed December 16, 2009

Do
not publish






ess determinations.

The trial court shall conduct the
hearing within fourteen (14) days after the date of this order.  The trial
court clerk and court reporter shall file supplemental records within
twenty-eight (28) days after the date of this order.

 

PER
CURIAM

 

Before Chief
Justice Gray,

Justice
Reyna, and

Justice
Davis

Appeal abated

Order issued
and filed December 15, 2010

Do not publish